

A program of The Beacon

Providing Justice for Houston's homeless.

ACCEPTED
01-15-00907-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/5/2015 2:16:25 PM
CHRISTOPHER PRINE
CLERK

November 3, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

11/5/2015 2:16:25 PM

CHRISTOPHER A. PRINE
Clerk

Court of Appeals
First District of Texas
301 Fannin Street
Houston, Texas 77002

Re:  Court of Appeals Number: 01-15-00907-CV
     Trial Court Case Number: 2013-76492
     John Freeman, Jr. v. Formosa Management, LLC

Attn:  Christopher A. Prine
       Clerk of the Court

        In response to the Court's NOTICE of the requirement for payment of filing fees to prosecute the referenced appeal, please find attached copies of the IOLTA CERTIFICATE and DEFENDANT'S AFFIDAVIT OF INABILITY TO PAY COSTS, which were previously filed with the trial court.

Sincerely,

BEACON LAW

Robert H. Thurmond III
Managing Attorney
BEACON Law
PO Box 53958
Tel. 713-220-9784
Fax 281-764-7070
Email: rthurmond@beaconlaw.org
ATTORNEYS FOR JOHN FREEMAN. JR.

attachments:  1.  IOLTA Certificate
              2.  Defendant's Affidavit of Inability to Pay Costs

copy:  Ryan M. Marquez
       ryan.m.marquez@gmail.com
       ATTORNEY FOR FORMOSA MANAGEMENT, LLC

Mail • P.O. Box 53958 Houston, Texas 77052 • Office • 1301 Texas Ave 77002 • Phone •713.220.9780 • Fax • 281-764-7070 • www.BEACONLaw.org
Formerly The Cathedral Justice Project